AO 442 (Rev. 01/09) Arrest Warrant

**FILED**

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

11 JUN -6 PM 2:12

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID VOELKERT | ) | Case No. 3:11 MJ39 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DAVID VOELKERT                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:2511(1)(b) - Intentionally used an electronic, mechanical, or other device to intercept an oral communication

18:2 - Aiding and abetting

(See Attachment)

Date:  06/03/2011

S/Christopher A. Nuechterlein
*Issuing officer's signature*

City and state:   South Bend, Indiana

Honorable Christopher A. Nuechterlein
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/3/2011, and the person was arrested on *(date)* 6/3/2011
at *(city and state)* South Bend, Indiana.

Date:  6/6/2011

*Arresting officer's signature*

Robert Dans Special Agent
*Printed name and title*